ACCEPTED
04-14-00551-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/22/2015 10:58:11 PM
KEITH HOTTLE
CLERK

## NO. 04-14-00551-CV

### IN THE COURT OF APPEALS
### FOR THE
### FOURTH JUDICIAL DISTRICT OF TEXAS
### SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/22/2015 10:58:11 PM
KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| **PABLO SOLIZ** | § | **APPELLANT** |
| | § | |
| **V.** | § | |
| | § | |
| | § | |
| **STATE OF TEXAS** | § | **APPELLEE** |

### APPEAL FROM 79th JUDICIAL DISTRICT COURT
### BROOKS COUNTY, TEXAS
### TRIAL COURT NO.  14-02-16542-CV

_____

### APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE
### MOTION FOR RECONSIDERATION EN BANC

Rick Soliz
Attorney at Law
Texas Bar Number 00785013
P.O. Box 4051
Houston, Texas 77210
713-228-1900
Counsel  Pro Bono

_____

1

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes, Pablo Soliz, Appellant in the above entitled and numbered cause, by and through his pro bono attorney of record, Rick Soliz, and submits this first Motion for Extension of Time to file Appellant's Motion for Reconsideration En Banc until November 5, 2015. For good cause, Appellant shows as follows.

1. This Court issued its opinion on July 22, 2015. On September 8, 2015, Appellant's motion for rehearing was filed and it was overruled on September 22, 2015. This motion may be filed by October 22, 2015. This is Appellant's first request for an extension of time to file Appellant's Motion for Reconsideration En Banc.

2. In the last thirty days, Appellant's counsel has had a heavy workload and out of town court business several times.

3. Furthermore, Appellant's counsel, in the last 2 weeks, has attended a continuing education seminar and concentrated on extensive State Bar of Texas committee business. Counsel is also in the process of relocating his primary office space to another location.

4. The failure to file the motion for reconsideration en banc within the specified period allowed was not deliberate or intentional. Appellant is

requesting an extension of time until November 5, 2015 and will not seek further extensions.

5.      This Motion is not made for delay, but to see that justice is done.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that the deadline for filing of Appellant's motion for reconsideration en banc be extended to November 5, 2015 or any date the court sees fit.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the attached and foregoing document is served on opposing counsel.

Respectfully submitted,
/S/
/s/ Rick Soliz
T.B.N. 00785013
P.O. Box 4051
Houston, Texas   77210
713-228-1900
Pro Bono Attorney for Appellant